## ARGENT MORTGAGE COMPANY, LLC *v.* GERALD F. SCULLY, JR., ET AL.
### (AC 28183)

Bishop, Gruendel and Harper, Js.

Submitted on briefs February 11—officially released March 4, 2008

Per Curiam. The judgment is affirmed.

## TONY CALTABIANO, JR. *v.* TREVOR VAN HISE
### (AC 28477)

Flynn, C. J., and Robinson and Pellegrino, Js.

Argued February 11—officially released March 4, 2008

Per Curiam. The judgment is affirmed.